UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RODRICK RICHARDSON,

        Plaintiff,

-vs-                                          Case No.  5:16-cv-79-Oc-10PRL

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

# **O R D E R**

On January 30, 2017, the United States Magistrate Judge issued a Report (Doc. 15) recommending that the Commissioner's Decision denying the Plaintiff's application for Supplemental Security Income Benefits be reversed.  No Party has filed any objections to the Report and Recommendation, and the time for objecting has expired.

Accordingly, upon due consideration, it is hereby ORDERED as follows:

(1)      The Magistrate Judge's Report and Recommendation (Doc. 15) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF.

(2)      Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's Decision denying the Plaintiff's claims for Disability Insurance Benefits is REVERSED AND REMANDED for further administrative proceedings consistent with this Order and the Report and Recommendation.

(3)      If benefits are awarded to the Plaintiff on remand and Plaintiff's counsel deems it appropriate to move for attorney's fees under 42 U.S.C. § 406(b), such an application

should be filed within the parameters set forth by the Order entered in Case No. 6:12-mc-124-Orl-22 (*In re: Procedures for Applying for Attorney's Fees Under 42 U.S.C. §§ 406(b) and 1383(d)(2)*).

(4)    The Clerk is directed to enter judgment accordingly, terminate all other pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 21st day of February, 2017.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
              Hon. Philip R. Lammens
              Mari Jo Taylor